UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ETI SOLID STATE LIGHTING, INC.,

    Plaintiff,

  v.                                     Case No. 2:18-cv-252
                                            Judge Algenon L. Marbley
                                            Magistrate Judge Chelsey M. Vascura

COSTLESS LIGHTING, INC.,

    Defendant.

## ORDER

In their January 24, 2019 Joint Status Report (ECF No. 23), the parties indicate that this matter has been settled and ask the Court to dismiss this action *without prejudice* and direct the parties to file a dismissal entry *with prejudice* in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties' request is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE**. The parties may file a dismissal entry *with prejudice* subsequent to this Order.

    **IT IS SO ORDERED**.

                                                /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE